

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. __13-60210__ CR-SCOLA

18 U.S.C. § 1425(b)
18 U.S.C. § 1015(a)
18 U.S.C. § 1546(a)

UNITED STATES OF AMERICA

vs.

SALVADOR CARDENAS AVALOS,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
18 U.S.C. § 1425(b)

On or about December 6, 2011, in Broward County, in the Southern District of Florida, the defendant,

**SALVADOR CARDENAS AVALOS,**

did knowingly apply for, and attempt to procure and obtain, naturalization, citizenship, and evidence of naturalization and citizenship for himself, to which he was not entitled, in violation of Title 18, United States Code, Section 1425(b).

### COUNT TWO
18 U.S.C. § 1015(a)

On or about December 6, 2011, in Broward County, in the Southern District of Florida, the defendant,

**SALVADOR CARDENAS AVALOS,**

did knowingly make a false statement under oath, in a case, proceeding, and matter relating to, under, and by virtue of any law of the United States relating to naturalization and citizenship, in that the defendant represented to an officer of the United States Citizenship and Immigration Services during an interview on his Application for Naturalization (Form N-400) that he had never given false or misleading information to any U.S. Government official while applying for an immigration benefit or to prevent deportation, exclusion, or removal, when in truth and in fact, and as the defendant then and there well knew, he had given false and misleading information to a U.S. Government official while applying for an immigration benefit and to prevent deportation, exclusion, or removal, that is, in his Application to Register Permanent Residence or Adjust Status (Form I-485), he had falsely stated that he was a citizen and national of Cuba, in violation of Title 18, United States Code, Section 1015(a).

**COUNT THREE**
18 U.S.C. § 1546(a)

On or about December 6, 2011, in Broward County, in the Southern District of Florida, the defendant,

**SALVADOR CARDENAS AVALOS,**

did knowingly possess, use, and attempt to use, a document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, that is, an alien registration receipt card (Form I-551), knowing it to have been procured by means of a

false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

FOREPERSON

WILFREDO A. FERRER
UNITED STATES ATTORNEY

ROBERT T. WATSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

SALVADOR CARDENAS AVALOS,

Defendant.
_____/

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| ___ Miami | ___ Key West | |
| _X_ FTL | ___ WPB | ___ FTP |

New Defendant(s)          Yes _____   No ____
Number of New Defendants          _____
Total number of counts          _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:          (Yes or No)          Yes___
    List language and/or dialect          Spanish_____

4.  This case will take          _2___          days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                                        (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | __x__ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __x__ |
| V | 61 days and over | _____ | | |

6.  Has this case been previously filed in this District Court? (Yes or No)          No_____
    If yes:
    Judge: _____          Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?          (Yes or No)          No___
    If yes:
    Magistrate Case No.          _____
    Related Miscellaneous numbers:          _____
    Defendant(s) in federal custody as of          _____
    Defendant(s) in state custody as of          _____
    Rule 20 from the          _____          District of _____

    Is this a potential death penalty case? (Yes or No)          No___

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?          _____ Yes          __x__ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?          _____ Yes          __x__ No

_____
ROBERT T. WATSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 679429

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** <u>SALVADOR CARDENAS AVALOS</u>

**Case No:** _____

Count #:1

Procurement of Citizenship or Naturalization Unlawfully

Title 18, United States Code, Section 1425(b)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 2

False Statement Related to Naturalization

Title 18, United States Code, Section 1015(a)

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 3

Fraud and Misuse of Visas, Permits, and Other Documents

Title 18, United States Code, Section 1546(a)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**